UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TASHYA A. CARTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WINDHAM PROFESSIONALS, INC., A MASSACHUSETTS CORPORATION,<br><br>Defendant. | Case Number: 1:13-cv-11978-JLT |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Tashya A. Carter and Defendant Windham Professionals, Inc., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs, and with all rights of appeal waived.

Dated: December 16, 2013

*/s/ James L. Davidson*

**JAMES L. DAVIDSON** (*pro hac vice*)
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: 561.826.5477
Fax: 561.961.5684
jdavidson@mgjdlaw.com

*/s/ John J. O'Connor*

**JOHN J. O'CONNOR**
BBO#: 555251
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Telephone: 617.951.2100
Fax: 617.951.2125

1

| | |
|---|---|
| **JOHN F. SKINNER, III** | joconnor@peabodyarnold.com |
| Skinner Law PLLC | |
| Massachusetts Bar No.: 676768 | Counsel for Defendant |
| 530 Chestnut Street | |
| Third Floor | |
| Manchester, NH 03101 | |
| Telephone: 603.622.8100 | |
| Fax:   888.912.1497 | |
| attorneyskinner@gmail.com | |

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be filed electronically on December 16, 2013, via the Court Clerk's CM/ECF system, which will provide notice to:

>John J. O'Connor
>Peabody & Arnold LLP
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02210-2261
>Tel. (617) 951-2100
>Fax. (617) 951-2125
>joconnor@peabodyarnold.com

Counsel for Defendant

*/s/ James L. Davidson*
**JAMES L. DAVIDSON**